FILED

2003 SEP 26  P 12: 20

US DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THE TRAVELERS INDEMNITY  :
COMPANY OF AMERICA       :
                         :
         Plaintiff       :    CIVIL ACTION NO.
                         :
VS.                      :    3:02CV2245 (JCH)
                         :
BRADFORD WHITE CORPORATION :
                         :
         Defendant       :    SEPTEMBER 25, 2003

## MOTION FOR MODIFICATION OF SCHEDULING ORDER

The defendant, Bradford White Corporation, hereby respectfully requests the Court to modify the Scheduling Order regarding this case in the manner set forth below.

Good cause exists for the modification of the Scheduling Order as the parties have now agreed to submit this dispute to a mediator in the hope that this matter may be resolved. The parties will make all efforts to mediate this matter prior to December 1, 2003. A slight delay in the scheduling of this matter may occur as a result of the proposed mediator's schedule. Moreover, the parties wish to proceed with the mediation of this case before continuing with additional discovery. Accordingly, the defendant requests that the scheduling order be modified, for good cause, as follows:

SR/211729/bsw

[Handwritten annotations in margin: "Motion granted. Discovery (all) will be completed by 3/1/04. Motions due by 3/1/04. So Ordered. [signature] 10/15/03"]