UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



Honorable Janet C. Hall, U.S.D.J.
915 Lafayette Boulevard
Bridgeport
Chambers Room #417

STATUS CONFERENCE HELD
Date: 10/15/03



---

COUNSEL OF RECORD:

| | |
|---|---|
| Randall M. Hayes | Skelley Rottner, 433 S. Main St. Suite 305, W. Hartford, CT 860-561-7077 |
| Brian P. Henry | Tedford & Henry, 750 Main St. Suite 510, Hartford, CT 860-293-1200 |
| Frederick B. Tedford | Tedford & Henry, 750 Main St. Suite 510, Hartford, CT 860-293-1200 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Counsel are requested to participate in this conference via telephone. This conference call is to be arranged between counsel. Once all parties are on the line, please telephone Chambers at (203) 579-5554