02CV2245 STIP DISM

16

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
2003 DEC -10 P 12: 45

| | | |
|---|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF AMERICA | : | Case Number: 3:02cv2245 (JCH) |
| v. | : | |
| BRADFORD WHITE CORPORATION | : | DECEMBER 2, 2003 |

### STIPULATION OF DISMISSAL

The parties in the above-entitled action hereby stipulate to a dismissal of this action with prejudice, without costs or fees to either party.

WHEREFORE, the parties respectfully request that this Court enter a dismissal in this action.

Date: 11/24/03

Respectfully Submitted,

Brian P. Henry (ct21109)
TEDFORD & HENRY, LLP
750 Main Street, Suite 510
Hartford, CT 06103
Phone: (860) 293-1200
Fax:    (860) 293-0685
bhenry@tedfordhenry.com

Attorney for the Plaintiff

Respectfully Submitted,

Date: 12/02/03

Randall M. Hayes ct21794
Skelly Rottner P.C.
P.O Box 340890
Hartford, CT 06134-0890
Phone: (860) 561-7077
Fax:    (860) 561-7088
rhayes@skellleyrottner.com

Attorney for the Defendant

So Ordered
Copy 12/8/03